IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREEM STANSBURY,** | : | **CIVIL ACTION** |
| Petitioner | : | |
| | : | |
| v. | : | NO. 14-6500 |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, et al.,** | : | |
| Respondents | : | |

## O R D E R

**AND NOW**, this 21st day of December, 2015, upon consideration of the petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241, and after review of the well-reasoned Report and Recommendation of the Honorable Richard A. Lloret, United States Magistrate Judge, IT IS HEREBY ORDERED that:

1. Upon *de novo* review, the petitioner's Objections are OVERRULED.[1]

2. The Report and Recommendation is APPROVED AND ADOPTED.

3. The petition for writ of *habeas corpus* is DISMISSED without prejudice as prematurely filed.

4. There is no probable cause to issue a certificate of appealability because the petitioner has not made a substantial showing of the denial of a constitutional right.

5. The petitioner's motions for summary judgment (Documents #5 and 11), claiming a failure of the respondents to respond to his petition, are DENIED.

The Clerk of Court is directed to mark this case CLOSED for statistical purposes.

BY THE COURT:

　/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] Contrary to the petitioner's objections (Document #22), this petition is premature. As noted by Judge Lloret, the petitioner is scheduled to be tried in January 2016. The petitioner may seek *habeas* review should he be convicted of the charges filed against him, and only after the conviction is final. Accordingly, I will approve and adopt the Report and Recommendation.